**Motion Granted and Order filed August 18, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-15-00432-CR**
_____

**AMOS SIFUENTES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1419550**

## ORDER

Appellant has filed a motion to supplement the record. The motion is granted.

Accordingly, the clerk of the 232nd District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 4, a video,** on or before August 28, 2015**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 4, a video,** to the clerk of the 232nd District Court.

PER CURIAM